IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02538-PAB-CBS

DAVID GORDON,
    Applicant,
v.

WARDEN ARELLANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Gordon's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed February 17, 2009) (doc. # 17).  Pursuant to the Order of Reference dated June 8, 2009 (doc. # 24), this civil action was referred to the Magistrate Judge.  After reviewing the Petition and Respondents' Answer (filed June 18, 2009 (doc. # 26)), the court determines that the state court record would assist the court in resolving this matter.  Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court of the Boulder County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in ***People v. David Gordon***, Boulder County District Court **Case No. 98CR714**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or**

**before July 20, 2009**.

      2.     The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for the Boulder County District Court at P.O. Box 4249, Boulder, CO. 80306.

DATED at Denver, Colorado, this 18th day of June, 2009.

                                                BY THE COURT:

                                                s/ Craig B. Shaffer
                                                United States Magistrate Judge