FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 1 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02538-PAB

DAVID GORDON,

    Petitioner,

v.

WARDEN ARELLANO, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED April 30, 2013.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02538 PAB

Boulder District Court
Boulder Justice Center
1777 6th St.
Boulder, CO 80302

David Gordon
# 99760
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

John D. Seidel - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/30/2013  .

                JEFFREY P. COLWELL, CLERK

                By: s/ D. Berardi
                     Deputy Clerk